IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

BILLY T. GREER                                                                                    PLAINTIFF

VS.                                                             CIVIL ACTION NO. 3:09-cv-110-TSL-JCS

ARMSTRONG WORLD INDUSTRIES, INC., ET AL.                            DEFENDANTS

## ORDER

This matter is before the Court, *sua sponte*. On the face of the complaint, it appears that venue for this action should be the Western Division of this Court. Accordingly, pursuant to 28 U.S.C. §§ 1391(b) and 1406, the Court hereby transfers this case to the Western Division.

SO ORDERED, this the ___24th___ day of February, 2009.

_____s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE